ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Application Under the Equal Access to Justice Acts of - | ) ) ) | |
| Gideon Contracting, LLC | ) ) | ASBCA No. 63561-EAJA |
| Under Contract No. W912BV-20-D-0041 Tasked Order No. W912BV-20-F-0139 | ) ) ) | |

APPEARANCES FOR THE APPELLANT:    Robert L. Magrini, Esq.
                                  Evan B. Gatewood, Esq.
                                    Hayes Magrini & Gatewood
                                    Oklahoma City, OK

APPEARANCES FOR THE GOVERNMENT:  Michael P. Goodman, Esq.
                                    Engineer Chief Trial Attorney
                                  Stephanie J. Milburn, Esq.
                                    Engineer Trial Attorney
                                    U.S. Army Engineer District, Tulsa

ORDER OF DISMISSAL

The dispute has been settled. The application for attorney fees and costs is dismissed with prejudice.

Dated: March 30, 2026

_____
MARK A. MELNICK
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63561-EAJA, Appeal of Gideon Contracting, LLC, rendered in conformance with the Board's Charter.

Dated: March 30, 2026

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals
